THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* VAN J. ROSS, Defendant-Appellant.

(No. 54328;

First District (2nd Division)—October 2, 1973.

Opinion by Mr. JUSTICE LEIGHTON.

Werner E. Scholtz, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Lois Feinberg, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* HENRY A. LAURANT, Petitioner-Appellant.

(No. 58743;

First District (2nd Division)—October 2, 1973.

*Supplemental opinion filed October 23, 1973.*

PER CURIAM.
LEIGHTON, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Daniel R. Miranda, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.